```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EUGENE JOSEPH KOZIOL,<br><br>        Defendant. | 01:  07-CR-00020 AWI |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EUGENE JOSEPH KOZIOL,<br><br>       Defendants. | 01: 03-CR-5393 OWW<br><br>NOTICE OF RELATED CASES AND ORDER THEREON |

    Pursuant to Rule 83-123 of the Local Rules of the United States District Court for the Eastern District of California, the United States of America, by and through its undersigned attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Stanley A. Boone, Assistant U.S. Attorney, hereby give notices that the above-captioned cases United

1

States v. Eugene Joseph Koziol, Cr. F. 03-5393 OWW, and United States v. Eugene Joseph Koziol, Cr.F. 07-00020 AWI are related and request assignment to a single judge.

The two cases are related in that both cases have the same defendant, Eugene Joseph Koziol, who failed to appear for service of his sentence after having been ordered to appear for such service of a sentence by Judge Oliver W. Wanger.

Since United States v. Eugene Joseph Koziol, Cr. Cr. F. 03-5393 OWW, was assigned to Judge Oliver W. Wanger, the United States hereby requests that United States v. Eugene Joseph Koziol, Cr.F. 07-00020 AWI also be assigned to Judge Oliver W. Wanger.

For the foregoing reasons, since the above-captioned cases involve the same defendant, their assignment to a single judge will avoid a substantial duplication of labor, will serve the ends of judicial economy and will likely effect a substantial savings of judicial effort. See Local Rule 83-123(a)(4). Judge Wanger heard the jury trial and sentenced this defendant on the charges for which he was convicted. He also failed to appear for the sentence for which he is now charged. The Government respectfully requests that the Clerk of the District Court notify the Judge of the related

nature of these cases for the purpose of assignment to the above-referenced single Judge.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: 2/6/07                  By    /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

                                  O R D E R

    IT IS HEREBY ORDERED that the case of <u>United States v. Eugene Joseph Koziol</u>, CR. F-07-00020 AWI, be assigned to Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   February 7, 2007**                **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE