UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>     v.<br><br>EUGENE JOSEPH KOZIOL,<br><br>     Defendant | 1:07-CR-00020 OWW<br><br>ORDER AUTHORIZING EXTENDED LAW LIBRARY TIME AT FRESNO COUNTY JAIL FOR EUGENE JOSEPH KOZIOL |

On March 12, 2007, defendant Eugene Joseph Koziol applied for an order to the Fresno County Jail extending the hours which defendant can use the Jail's law library.  Defendant Koziol is representing himself and needs law library time to adequately represent himself.  Defendant asserts that these additional hours are necessary to his timely preparation of motions required in his case. Defendant Eugene Joseph Koziol is authorized to obtain extended time at the Fresno County Jail law library, up to thirty(30) hours per week, but the extended time must comport with the personnel and security requirements of the Fresno County Jail.
IT IS SO ORDERED.

**Dated:   March 13, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE

1